UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN WALSTROM,

    Plaintiff,

v.

GREATER GUIDE INC.,

    Defendant.

Case No.  25-cv-06073-WHO

**CONDITIONAL ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 19

The parties, by and through their counsel, have advised the Court that have reached a settlement agreement.  *See* Dkt. No. 19.  This matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.  If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 15, 2025



William H. Orrick
United States District Judge